UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY CALDERON,<br>　　　　Petitioner<br>　　v.<br>FARMER,<br>　　　　Respondent. | Case No. 2:18-cv-07914-SVW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition ("Petition"), all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) Petitioner's motions seeking a stay [Dkt. 8-9] are DENIED; and (2) Judgment shall

be entered dismissing this action without prejudice for failure to exhaust available state court remedies.

DATE: February 28, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE