UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY CALDERON,<br>　　　　Petitioner<br>　　v.<br>FARMER,<br>　　　　Respondent. | Case No. 2:18-cv-07914-SVW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice for failure to exhaust available state court remedies.

DATE: February 28, 2019

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE